IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARAMIS GONZALEZ, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TABB BICKELL, et al. | : | No. 13-3404 |

**O R D E R**

AND NOW, this 12th day of June, 2017, having considered Petitioner's petition for a writ of *habeas corpus*, and Respondents' response thereto, **I HEREBY ORDER** that Petitioner's petition is **CONDITIONALLY GRANTED.**

Petitioner shall be released from custody unless he is resentenced on or before December 29, 2017, by the Court of Common Pleas of Lancaster County, in accordance with *Miller v. Alabama*, 132 S.Ct. 2455 (2012) and *Montgomery v. Lousiana*, 136 S.Ct. 718 (2016).

*/s J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.